IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EDDIE AHMAD HAYES, #233519, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cv-709-ID |
| | ) | [WO] |
| | ) | |
| S. HILL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #12) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. No. 12) of the Magistrate Judge is ADOPTED. It is further ORDERED as follows:

1. Plaintiff's complaint against Defendants Giles and Monk is DISMISSED with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i & ii);

2. Defendants Giles and Monk are DISMISSED as parties to the complaint; and

3. This case, with respect to the allegations set forth against the remaining defendants, is referred back to the Magistrate Judge for appropriate proceedings.

Done this 16th day of September, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE